*1500076*

AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

### District of  MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| Jeremy Katz | |
| | Case Number:  D7 -C R - 10048- WG Y |

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      **Jeremy Katz**
                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Order of court    [ ] Probation Violation Petition    [ ] Supervised Release Violation Petition    [ ] Violation Notice

charging him or her with   (brief description of offense)

Conspiracy to PWID marijuana

in violation of Title  21    United States Code, Section(s)   846

| ~~T DellaFusso~~ | ~~signature~~ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| C/lc | 5/8/08  Boston  MA |
| Title of Issuing Officer | Date and Location |

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |