## ATTORNEY ASSIGNMENT REQUEST

Defendant: Jeremy Katz

Case & Defendant Number: CR 07-10048 (#13)

Date of Appointment: 9/11/08

Appointed by: Judge Young

Direct Appointment

Attorney ~~Withdrawn~~: Bernard Grossberg

Date of Withdrawal: _____

Reason for Withdrawal: _____

Number of Counts: _____

Charge(s) and Cite(s): _____

Indictment ✓   Information ___   Probation Revocation ___

Number of Defendants: _____

Judge Code: _____

Special Instructions: Preparation of CJA Order to put Bernie Grossberg in the system as a CJA atty.

_____
Deputy Clerk

Dated: 11/19/08

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

Atty Assign Request.wpd