UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA** )
)
**v.** )
) No. 07-cr-10048-WGY
**12. TAI TRINH** )
)

INFORMATION

**COUNT ONE:**   (Title 21, United States Code, Section 851 --
Notice of Prior Conviction)

The United States Attorney Charges that:

1.  On or about December 7, 1994, the defendant Tai Trinh was convicted in the United States District Court for the District of Massachusetts of one count of Conspiracy to Distribute Heroin, in violation of 21 U.S.C. § 846, in *United States v. Tai Tuan Trinh*, Case No. 1:94-cr-10071-RWZ-1.

2.  Tai Trinh has been named as a defendant in a Third Superseding Indictment in the United States District Court for the District of Massachusetts charging him, in Count One, with Conspiracy To Distribute and Possess with Intent to Distribute Marijuana, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(B)(vii).

3. By this Information, the government notifies Tai Trinh that he is charged with committing the crime alleged in Count One of the Third Superseding Indictment after a prior conviction for a felony drug offense has become final, as set out in paragraph 1 above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,<br>
MICHAEL K. LOUCKS<br>
Acting United States Attorney

By:   s/ Richard L. Hoffman
     RICHARD L. HOFFMAN
     TIMOTHY E. MORAN
     Assistant U.S. Attorneys

Dated: May 14, 2009

### Certificate of Service

I hereby certify that I am filing this Information via the Court's ECF filing system, which will cause a copy to be sent by electronic mail to Defendant's counsel of record.

     s/Richard L. Hoffman
     Richard L. Hoffman
Dated: May 14, 2009     Assistant U.S. Attorney